**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | |
|---|---|
| **FEDERATION OF AMERICAN SOCIETIES FOR EXPERIMENTAL BIOLOGY**<br>　　　　　　　　　　　　　**Plaintiff**<br>　v.<br>**PNC BANK, NA**<br>　　　　　　　　　　　　　**Defendant** | **Civil No.<br>RWT-10-3144** |

**PLAINTIFF'S STATEMENT IN COMPLIANCE
WITH STANDING ORDER CONCERNING REMOVAL**

　　　Plaintiff submits the following statement in response to the Court's Standing Order Concerning Removal, pursuant to the Court's Order dated November 5, 2010,

　　　1. The date(s) on which each defendant was served with a copy of the summons and complaint. Defendant was served by certified mail on October 7, 2010. PNC Bank, NA is the only defendant in the case.

　　　2. In actions predicated on diversity jurisdiction, an indication of whether any defendants who have been served are citizens of Maryland, and, for any entity that is not a corporation, the citizenship of all members. Defendant PNC is a national banking association with its main office located in Pennsylvania. Accordingly, it is a citizen of Pennsylvania for diversity purposes.

　　　3. If removal takes place more than thirty (30) days after any defendant was first served with a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which the defendant(s) was (were) first served with a paper identifying the basis for such removal. Not applicable. Removal occurred within 30 days of service.

　　　4. In actions removed to this court predicated on diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not be summarily remanded to state court. Not applicable. The case was commenced on or about September 20, 2010.

5. <u>Identification of any defendant who was served in the state court action prior to the time of removal who did not formally join in the notice of removal and the reasons why such defendant did not join</u>. Not applicable. PNC Bank is the only defendant in the case.

        Respectfully submitted,

        /s/
        _____

        Marvin L. Szymkowicz
          (District Court Bar No. 02761)
        Savit & Szymkowicz, LLP
        4520 East-West Highway - Suite 700
        Bethesda, Maryland 20814

        Tel: (301) 951-9191
        Fax: (301) 718-7788
        Email: mls@savitlaw.com

        Plaintiff's counsel

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing PLAINTIFF'S STATEMENT IN COMPLIANCE WITH STANDING ORDER CONCERNING REMOVAL was served via the Court's CM-ECF system on defendant's counsel:

   Michael S. Barranco, Esq.
   TREANOR POPE & HUGHES, P.A.
   29 W. Susquehanna Avenue, Suite 110
   Towson, Maryland 21204

        /s/
        _____
        Marvin L. Szymkowicz

November 22, 2010